AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

MAY 2 3 2018

SOUTHERN _____ DISTRICT OF _____ TEXAS

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Felix Antonio Parada

AKA: Felix Antonio Parada-Alvarez

IAE    YOB: 1966
El Salvador

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18- 1086 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 21, 2018__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Feliz Antonio Parada was encountered by Border Patrol Agents near Roma, Texas on May 21, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 21, 2018, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 23, 2018, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 19, 2017, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and was sentenced to Time Served.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

approved by
AUSA KFO

Sworn to before me and subscribed in my presence,

__May 23, 2018__    8:20 am

Signature of Complainant
Robert Ramirez, Senior Patrol Agent

Peter E. Ormsby            , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer